1

```
 1                    IN THE CIRCUIT COURT OF THE
                     11TH JUDICIAL CIRCUIT IN AND
 2                   FOR MIAMI-DADE COUNTY, FLORIDA

 3                   CRIMINAL DIVISION

 4                   CASE NO.:  F09-007912

 5   STATE OF FLORIDA,

 6         Plaintiff,

 7   vs.

 8   STEVEN JOSEPH GOMEZ,

 9         Defendant.
     _____/
10

11

12                   1350 N.W. 12th Avenue
                     Miami, Florida
13                   Tuesday, 4:00 p.m.
                     May 26th, 2009.

14

15

16

17              D E P O S I T I O N

18                        of

19              OFFICER ANDY LOZANO

20         taken on behalf of the Defendant
     pursuant to a Third Re-Notice of Deposition
21
                        - - -
22

23

24

25
```

EXHIBIT

1

MG   8-25-10



2

```
 1   APPEARANCES:

 2           No appearance on behalf of
             the State of Florida.
 3
             BIERMAN, SHOHAT & LOEWY, P.A., by
 4           IRA N. LOEWY, Esq.,
             800 Brickell Avenue, PH Two
 5           Miami, FL.  33131-2944
             Attorneys for Defendant.
 6

 7           ALSO PRESENT:  John Ostrow, Esquire.

 8

 9
                        I N D E X
10
                                      DIRECT
11
     [By Mr. Loewy]                      3
12

13

14                  E X H I B I T S

15               For Identification

16
     PLAINTIFF'S      PAGE       DESCRIPTION
17
     1               10         Photo
18   2               11         Photo
     3               18         Photo
19   4               55         Photo
     5               55         Photo
20   6               56         Photo
     7               58         Photo
21   8               59         Aerial photo -
                                not attached
22

23

24

25
```

3

1    Thereupon:

2                    OFFICER ANDY LOZANO

3    was called as a witness and, having been duly

4    sworn, was examined and testified as follows:

5                    DIRECT EXAMINATION

6    BY MR. LOEWY:

7        Q.    Let's start by stating and spelling your

8    full name for the court reporter.

9        A.    First name Andy, A-n-d-y.  The last name

10   Lozano, L-o-z-a-n-o.

11       Q.    Is that short for "Andrew" or just

12   "Andre"?

13       A.    Just Andre.

14       Q.    What's your badge number?

15       A.    My badge number is 527, but we normally

16   use our Metro i.d. No., which is 956.

17       Q.    How are you employed?

18       A.    I got hired October 22nd of '07, by

19   Miami Beach Police.

20       Q.    Before that, where were you working?

21       A.    I was working for an ambulance company,

22   Miami-Dade Ambulance, transporting, driver, EMT.

23       Q.    Were you an actually trained EMT?

24       A.    Yes, Certified EMT.  At this point, now,

25   it's expired.

4

1      Q.    How long were you working as a trained

2   EMT?

3      A.    Maybe about six or seven months.

4      Q.    And before that?

5      A.    Before that, I was working at a rec.

6   center, Miami Springs Recreation.

7      Q.    What were you doing there?

8      A.    Working with kids.  I was actually in

9   charge of one of the parks.

10      Q.    So, what made you go to EMT?

11      A.    I was trying to be a firefighter.  You

12   know the competition.  Now, to be a firefighter,

13   you have to be fire certified, which I am EMT

14   certified -- and in Paramedics, also.

15          I never got to Paramedics.

16      Q.    So, you were not a Paramedic, then?

17      A.    No.  I was in school for Paramedics.  I

18   had a semester and a half to go.

19      Q.    When did you start at the police

20   academy?

21      A.    When I was -- during Paramedics school,

22   they hired me, and I started October 22nd.

23      Q.    At the police academy?

24      A.    We have a pre-academy at Miami Beach,

25   for like a week or two, I think it was.  Then, we

5

1    started the academy.

2        Q.    What was your time period you were in

3    the academy?

4        A.    In the academy, it's about six months.

5        Q.    So, basically, to March '08?

6        A.    Actually, I think it was April.  April

7    -- if I am not mistaken, April 25th was our

8    graduation day.  I could be wrong about that.

9        Q.    Then, you would have started with Miami

10   Beach?

11       A.    Yes.  Then, we have a post academy that

12   we did for about a month and a half.  Then, after

13   that we started our field training.

14       Q.    And the field training was how long?

15       A.    Three and a half months.

16       Q.    With a field training officer?

17       A.    Yes.

18       Q.    When did you finish your field training?

19       A.    I don't know exactly the date, but it

20   was, I would say -- if I finished the academy in

21   April, May, June, July, August -- maybe August.

22       Q.    So, it's been less than a year, now?

23       A.    Yes.

24       Q.    Who was your field training officer?

25       A.    I had four different field training

6

1    officers.  My first one was George Mercado.

2           My second one was Nicholas Vasilivich.  I

3    think it's V-a-s-i-l-i-v-i-c-h.

4           The third one was Bernie Maher,

5    M-a-h-e-r.

6           The fourth one was -- Cardelly was the

7    last name [phonetic].

8       Q.   So, when you finished with field

9    training, what was your assignment?

10      A.   My assignment was, I was assigned to

11   midnights on patrol.

12      Q.   Midnights being what time?

13      A.   Eleven p.m. to nine a.m.

14      Q.   And was that your regular assignment?

15      A.   Yes.

16      Q.   Even now?

17      A.   No, not now.  That lasted about a

18   month.  Then, the next shift change came.  I went

19   to afternoons, which is three p.m. to one a.m.

20      Q.   What were you assigned to?  A patrol

21   car?  On foot patrol?

22      A.   Patrol in the middle of the street.

23      Q.   Foot patrol?

24      A.   No, no, regular patrol.

25      Q.   Driving your car up and down what area

7

1    of Miami Beach?

2        A.    Our middle district is 17th Street to

3    63rd Street.

4        Q.    So, you have the north and south, and

5    the middle?

6        A.    Yes.

7        Q.    That's what you have been working on.

8    Are you still in that patrol?

9        A.    No.

10       Q.    What are you doing, now?

11       A.    Right now, I am on a burglary task force

12   detail, plain clothes, in the middle district.

13   We've had a lot of burglaries, recently.

14       Q.    Okay.  Who is your immediate supervisor?

15       A.    Right now, it's Sergeant Nolan.

16       Q.    I am going to talk a little bit about

17   the arrest of my client, Steven Gomez, okay?

18       A.    Okay.

19       Q.    It was on March 8th, 2008, correct?

20       A.    Yes, sir.

21       Q.    It was at Miami Beach?

22       A.    Yes, sir.

23       Q.    You have been deposed before?

24       A.    Yeah, yeah.

25       Q.    So, it's nothing new for you?

8

```
 1        A.   No.

 2        Q.   You know you have to answer out loud?

 3        A.   Right, right.

 4        Q.   This occurred near the 8th Street

 5   entrance -- 8th Street beach, it's called?

 6        A.   Yes.

 7        Q.   There is a lifeguard stand there?

 8        A.   Yes, sir.

 9        Q.   You are the officer who actually placed

10   Mr. Gomez under arrest?

11        A.   Yes, sir.

12        Q.   That's your signature -- actually, I

13   think you have the arrest form there with you?

14        A.   I have the OIR.  I don't have the arrest

15   form.

16        Q.   Which one do you have?

17        A.   OIR, Offense Incident Report.

18        Q.   That, you did not prepare?

19        A.   No.  Blanco.

20        Q.   By Officer Blanco?

21        A.   Yes.

22        Q.   But you read it?

23        A.   Yes, sir.

24        Q.   Having read it, is there anything in

25   that report that you would like to correct or
```

9

1    change, or you find inaccurate or incomplete?

2        A.   No, sir.

3        Q.   So, you would basically adopt this

4    report as yours?

5        A.   Yes, sir.

6        Q.   But you did sign the arrest report?

7        A.   Yes, sir.

8        Q.   Do you have that with you?

9        A.   No.  When I went to check on the

10   reports, this is all they gave me.  For some

11   reason, they didn't have the arrest report.

12       Q.   Do you need to take a look at it?

13       A.   If I could look at it real quick.  Thank

14   you.

15            MR. LOEWY:  For the record, I am handing

16   you the arrest report.

17   BY MR. LOEWY:

18       Q.   That is your signature on the bottom,

19   correct [indicating]?

20       A.   Yes, sir.

21       Q.   Have you read it?

22       A.   Yes, sir.

23       Q.   Is there anything in it that's

24   inaccurate, needs to be changed?

25       A.   No, sir.

10

1      Q.   Okay.  Do you remember what Mr. Gomez

2    looks like?

3      A.   I believe if I see a picture of him,

4    I'll remember him.

5      Q.   Let me show you a photograph

6    [indicating].

7           MR. LOEWY:  Do you want to mark that?

8           [The document referred to was marked for

9    identification as Defendant's Exhibit No. 1.].

10   BY MR. LOEWY:

11     Q.   Let me show you what has now been marked

12   as No. 1, is that Mr. Gomez?

13     A.   Yes, sir.

14     Q.   Do you know when that picture was taken?

15     A.   The same day.

16     Q.   The same day after his arrest?

17     A.   The day of the arrest, I believe.

18     Q.   That would have been taken, however,

19   after his arrest not before his arrest, correct?

20     A.   After, yes.

21     Q.   Where was that taken, if you know?

22     A.   In the sign-in port of our jail.

23     Q.   Let me show you another picture.

24          MR. LOEWY:  Let's mark this one.

25   BY MR. LOEWY:

```
 1      Q.   Well, it's already marked as a

 2   Defendant's exhibit.  It says, "5-11-09" on the

 3   bottom.  Is that, also, Mr. Gomez?

 4      A.   Yes, sir.

 5      Q.   Now, you looked at that picture,

 6   correct?

 7      A.   Yes, sir.

 8      Q.   Was Mr. Gomez missing his two front

 9   teeth when you first came into contact with him

10   on March 8th?

11      A.   Not that I know of.  I don't believe

12   so.

13      Q.   Okay.  And how was Mr. Gomez dressed

14   when you placed him under arrest?

15      A.   In a bathing suit.

16      Q.   Was he dressed the same way as in the

17   picture?

18      A.   Just like that.

19      Q.   Exactly?

20      A.   Exactly that way.

21      Q.   Was he wearing a baseball cap, as well?

22      A.   Not that I know.  It might have fallen

23   off during the fight.

24           MR. LOEWY:  Let's mark this one.

25           [The document referred to was marked for
```

12

```
 1    identification as Defendant's Exhibit No. 2.].
 2    BY MR. LOEWY:
 3         Q.   This is a third picture of Mr. Gomez
 4    showing an injury to his eye, correct?
 5         A.   Yes, sir.
 6         Q.   Did he have that injury to his eye
 7    before you came into contact with him?
 8         A.   No, sir.
 9         Q.   That occurred during his arrest?
10         A.   Yes, sir.
11         Q.   And the loss of his two front teeth,
12    also, occurred during his arrest, correct?
13         A.   Yes, sir.  I thought it was one, but I
14    mean, I guess you are saying it's two, so it's
15    two.
16         Q.   Well, the picture shows missing two
17    teeth, correct?
18    ·    A.   Right.   On the report, at that time, I
19    thought it was one, so.
20         Q.   Now, when you first saw Mr. Gomez, this
21    is how he was dressed, again, as to picture 1,
22    and for the record it shows him wearing, it looks
23    to be a pair of red or orange bathing trunks, and
24    maybe some undershorts under the bathing trunks,
25    but nothing else, correct?
```

1     A.    Correct.

2     Q.    So, he wasn't carrying a weapon,

3   correct?

4     A.    No, sir.

5     Q.    He had no place even to hide a weapon on

6   there, correct?

7     A.    No, sir.  I mean, it's possible if he

8   had it, you know, maybe here in his crouch area

9   but, but more than likely, he didn't have a

10   weapon [indicating].

11     Q.    So, when you came into contact with him,

12   you didn't think he had a weapon, correct?

13     A.    Correct.

14     Q.    Now, let's talk about what was going on

15   before you came into contact with Mr. Gomez.

16         March 8th, 2008, that was a Sunday, would

17   that be correct?

18     A.    Yes, sir.

19     Q.    That was spring break time?

20     A.    Yes, sir.

21     Q.    And so the beach was fairly crowded with

22   young men and women?

23     A.    Correct.

24     Q.    I think the arrest form says it took

25   place at 1826 hours, is that correct?

1      A.    Possibly.

2      Q.    And for those of us who don't use

3  military time, that would be 6:26 in the evening?

4      A.    Correct.

5      Q.    But it was still light, correct?

6      A.    Correct.

7      Q.    I think daylight savings time went into

8  effect the day before?  If you know?

9      A.    Not that I know.

10     Q.    But it was daylight, obviously, because

11 it was still light?

12     A.    Right.

13     Q.    And the beach was still busy, is that

14 correct?

15     A.    Yes, sir.  Very busy.

16     Q.    But people would have been starting to

17 leave around this time, since it was getting

18 later?

19     A.    Not necessarily.

20     Q.    Well, I mean, was the beach -- when did

21 you go on duty that day?

22     A.    That day, three p.m.

23     Q.    Was that a special duty?  Is that

24 something that you do ordinarily, or part of an

25 ordinary duty?

15

1     A.   That day since they knew there was going

2   a be a lot of people in the beach they put some

3   people on ATV's.  I was on an ATV that day.

4     Q.   You had your own ATV?

5     A.   Yes, sir.

6     Q.   So, you would have been patrolling since

7   three o'clock?

8     A.   Yes, sir.

9     Q.   Would you say the crowd was a little

10   lighter around six-thirty or six twenty, or about

11   the same?

12     A.   About the same.

13     Q.   Okay.  How many police officers from

14   Miami Beach were there in the immediate vicinity

15   of that 8th Street beach around that time, if you

16   know?

17     A.   Around that time, I would say

18   approximately, at least, eight, not to be exact.

19     Q.   Do you remember who they were?

20     A.   I can name some of them.  I can name

21   Chambers, Sergeant Ruder, Blanco; that's about it

22   that I remember.

23         I know there was definitely more.

24     Q.   Sergeant Ruder is Bernie Ruder?

25     A.   Yes, sir.

1        Q.   Did you see Sergeant Holbrook, or an

2    Officer Holbrook?

3        A.   Yes.  He was there.  I believe he was on

4    an ATV, too.

5        Q.   Did you see any female officers, as

6    well?

7        A.   There was also some female officers.  I

8    don't know which ones.

9        Q.   What were you doing with your ATV?

10   Going up and down the beach, or the area of the

11   park or?

12       A.   Yeah, I was going up and down the beach

13   all the way from South Point to about 17th

14   Street.

15       Q.   South Point being right where it ends at

16   the jetty, correct?

17       A.   Right.

18       Q.   And 17th Street being where the Lowes

19   Hotel is, or actually passed the Lowes, the

20   Delito and the Ritz [phonetic]?

21       A.   Yes.

22       Q.   You are basically going up and down the

23   beach with your ATV?

24       A.   Yes.

25       Q.   Are you staying in the lower part or in

17

1     the hard pack area?

2          A.    Staying in the hard pack area.

3          Q.    So that I understand, if you are

4     starting at the water, you have the water and the

5     area where the high and low tied is, correct?

6          A.    Correct.

7          Q.    Then, you have softer sand?

8          A.    Correct.

9          Q.    Then, the hard pack and then the seres.

10         A.    Correct.

11         Q.    The hard pack is between -- just, I

12    guess, west of the lifeguard stands up to where

13    the seres begin; it's basically very hard packed

14    sand?

15         A.    Correct.

16         Q.    When we say "hard packed" it's a

17    description.  It's basically that the sand is

18    very packed and you can't make footprints or

19    anything like that?

20         A.    Correct.

21         Q.    It's easy enough to ride an ATV on

22    there?

23         A.    Yes, sir.

24         Q.    Okay.  And how were you dressed?

25         A.    I was dressed in a white police uniform;

18

1   white shirt, blue shorts with my gun belt.

2       Q.   Are you sure you were wearing shorts?

3       A.   Yes, sir.  Actually, you know what,

4   sometimes I wear the sweat pants -- the blue

5   sweatpants.  I am not sure which ones I was

6   wearing that day.

7       Q.   Okay.

8       A.   And my helmet.

9       Q.   Let me show you -- let me have this one

10  marked.

11          [The document referred to was marked for

12  identification as Defendant's Exhibit No. 3.].

13          THE WITNESS:  There you go.  Sometimes,

14  I wear that.

15  BY MR. LOEWY:

16      Q.   Exhibit 3, what is that a picture of?

17      A.   That's me in full police uniform.

18      Q.   On that day, correct?

19      A.   Yes, sir.

20      Q.   So, that's what you were wearing, right?

21      A.   Yes, sir.

22      Q.   Just for the record, it would show the

23  white police shirt with a badge in the left-hand

24  corner, a couple of pens.

25          Then, on each sleeve looks like a patch

19

```
 1    and another patch, correct?

 2        A.   Yes, sir.

 3        Q.   Then, it looks like long pants; it's

 4    hard to tell from the picture if it's sweatpants,

 5    but they could be regular issued pants?

 6        A.   No.  They are sweatpants.

 7        Q.   And you were carrying, it looks like a

 8    walkie-talkie, your weapon, your expanding club;

 9    sunglasses; is that all correct?

10        A.   Yes, sir.

11        Q.   Now, according to the arrest form,

12    Sergeant Ruder was advised about a disturbance?

13        A.   Yes.

14        Q.   By the way, up until this point, had you

15    made any arrests on the beach that day?

16        A.   Not that I know of.  It's possible.

17        Q.   You don't remember?

18        A.   I don't remember.

19        Q.   Did you break up any fights?

20        A.   No.  That would be the first fight.

21        Q.   Confiscated any liquor?

22        A.   No.

23        Q.   Done anything more than just ride up and

24    down the beach?

25        A.   Stopped a couple of people.
```

20

1    Q.   Nothing extraordinary?

2    A.   No.  Nothing big.

3    Q.   Now, it says Sergeant Ruder advised of a

4    disturbance, which you then qualified and put in

5    parenthesis as a "fight"?

6    A.   Yes, sir.

7    Q.   Did he do this personally, or was this a

8    radio call?

9    A.   They were on the radio.

10   Q.   So, do you recall what the radio call

11   actually was, or what exactly it said?

12   A.   He said, "34 fight," which means a

13   disturbance, and he needed units there to assist

14   him.

15   Q.   How close were you when you received

16   this call?

17   A.   Maybe about five blocks away on the

18   beach, north of it.

19   Q.   About 13th or 14th Street?

20   A.   About 13th Street.

21   Q.   Is that roughly where there is a little

22   -- I guess it's under construction.  The little

23   house, or am I thinking further south, there is a

24   little house like a little -- on the Lumis Park

25   area, right off Ocean Drive, is that right?

1     A.   The bathroom is on 14 Street.

2     Q.   Right in that general area, but on the

3  beach there?

4     A.   Right.

5     Q.   How long did it take for you to get to

6  the scene after you heard the call?

7     A.   Maybe about a minute.

8     Q.   Now, when you arrived at the scene, what

9  did you see?

10    A.   I see a big group.  I see officers going

11  in one direction.  I see lifeguards pointing in

12  one direction.

13         Then, that's when it broke out.  That's

14  when I see Officer Chambers trying to take Steven

15  Gomez ---

16    Q.   Let's slow down.  We will get to that

17  all in good time.

18         Did you see a fight actually in

19  progress?  People throwing punches?

20    A.   Yes.

21    Q.   Who did you see fighting?

22    A.   Steven Gomez.

23    Q.   Who did you see him fighting with?

24    A.   I don't know who it was.

25    Q.   You don't know who it was?

22

1    A.    No.

2    Q.    You saw him throwing punches?

3    A.    Yes.

4    Q.    In your report -- actually, I am sorry.

5  Now, in your arrest report you said, "Beachgoers

6  advised the defendant was involved in a fight."

7    A.    Yes, sir.

8    Q.    Did you talk to any of these beachgoers?

9    A.    No.  I didn't have time to talk to them

10 before I took action.

11   Q.    Who did they advise was involved in a

12 fight?

13   A.    They advised all of us.  They said,

14 "Look, they are fighting over there, they are

15 fighting over there."

16   Q.    You said you saw them fighting over

17 there?

18   A.    Yes.

19   Q.    And Chambers was with you at that point

20 in time?

21   A.    Yes.  Chambers actually got there before

22 me.

23   Q.    So, Chambers was actually there before

24 you?

25   A.    Yes.

1       Q.    So, he obviously saw the fight?

2       A.    Yes.

3       Q.    He would have had to see the fight,

4    because he was there before you, right?

5       A.    Right.

6       Q.    That would have been the same fight you

7    saw?

8       A.    Yes, sir.

9       Q.    Now, in the offense incident report,

10   Officer Blanco -- well, by the way, was Officer

11   Blanco there already?

12      A.    I believe he got there before me.

13      Q.    So, if he was there before you, he would

14   have had to see this fight, as well, correct?

15      A.    Possibly.

16      Q.    How about Sergeant Ruder?

17      A.    Yes.  He was the first one there.

18      Q.    So, he obviously would have seen it?

19      A.    I think he was there when it started.

20      Q.    So, he actually would have seen the

21   fight, right?

22      A.    Yes.

23      Q.    What about the other officer I mentioned

24   before.  Let me see, Chambers?

25      A.    No.  I think we mentioned him already.

24

1    Holbrook?

2        Q.   Yes.  He would have been there before,

3    correct?

4        A.   I don't know.

5        Q.   So, probably you were one of the last

6    guys to arrive?

7        A.   Well, it was about approximately the

8    same time; maybe I arrived two seconds later.

9    Then, another guy.

10       Q.   But you wouldn't have actually spoken to

11   any of the beachgoers who were pointing out

12   people?

13       A.   No.

14            [Thereupon, Mr. John Ostrow entered the

15   deposition room, and the following was had:]

16   BY MR. LOEWY:

17       Q.   So, you never got the names of anybody

18   who advised any of the officers?

19       A.   No.

20       Q.   So, we don't know who actually said Mr.

21   Gomez was involved in a fight?

22       A.   Correct.

23       Q.   Other than you say you actually saw him

24   fight?

25       A.   Yes.

25

1     Q.   What did you see him do as part of this

2  fight?

3     A.   I saw him throwing punches.

4     Q.   Did you get the names of the people he

5  threw the punches at?

6     A.   No.

7     Q.   Did anybody make a complaint against him

8  charging him with battery?

9     A.   Not that I remember.  Sorry, the last

10  time when I was nodding my head, they would type

11  that, also.

12     Q.   Which hand was he using?

13     A.   Both hands.

14     Q.   He was just wailing away?

15     A.   Yes.

16     Q.   Was anybody on the ground?

17     A.   I don't know.  I don't know if somebody

18  else was on the ground, or if he was fighting the

19  other guy standing up.  I don't remember.

20     Q.   You don't remember?

21     A.   No.

22     Q.   You just remember there were punches

23  being thrown?

24     A.   Yes.

25     Q.   Anybody kicking?

26

1      A.   Not that I remember.

2      Q.   Was this a group fight?  Was it two

3  against one?  Three against one?  Two against

4  two?

5      A.   I couldn't see that much.  It was a big

6  crowd.

7      Q.   Okay.  Now, I am going to ask you about

8  the first physical contact with Mr. Gomez.  It

9  was Officer Chambers, correct?

10     A.   Yes, sir.

11     Q.   How far were you from Officer Chambers?

12     A.   When he made contact with Gomez, I was

13  maybe about thirty feet.

14     Q.   What were you doing at the time?

15     A.   I was trying to separate the crowd.

16     Q.   Was Mr. Gomez still engaged in fighting,

17  at that time?

18     A.   At that time, no.

19     Q.   What was Mr. Gomez doing?

20     A.   I think he was -- Chambers was trying to

21  get him into custody.

22     Q.   No.  Before Chambers actually touched

23  him, or got close to him.

24     A.   Trying to stop the fight.

25     Q.   What was Mr. Gomez doing?  Was he

27

```
 1    standing still?  Was he yelling at someone?  Was
 2    he walking away from the beach?  What was he
 3    doing?
 4         A.   I don't remember exactly.
 5         Q.   Think about it.  Do you remember at all?
 6         A.   No.
 7         Q.   How did Officer Chambers approach him?
 8         A.   I don't know exactly how he approached
 9    him.  When I saw Officer Chambers, they were
10    face-to-face.
11         Q.   So, you didn't actually see Officer
12    Chambers approach Mr. Gomez?
13         A.   No.
14         Q.   Did you hear Officer Chambers say
15    anything to Steven Gomez?
16         A.   No.  I was too far.
17         Q.   So, you didn't hear anything?
18         A.   No.
19         Q.   So, just so we have it clear.  You don't
20    see what Mr. Gomez is doing when Officer Chambers
21    first approaches him; you don't see what Officer
22    Chambers is doing.
23              The first thing you see is they are
24    face-to-face.  They are looking at each other?
25         A.   Yes.
```

28

```
 1       Q.   At this point in time, this is up the

 2   beach away to the west of the lifeguard stand,

 3   correct?

 4       A.   I am not sure.

 5       Q.   This would be in the hard pack area of

 6   the beach?

 7       A.   I don't believe it was the hard pack

 8   area.  I think it was soft sand, but I don't know

 9   how far from the lifeguard stand.

10       Q.   So, was Gomez moving at the time?  Was

11   he walking away?  Was he standing still?

12       A.   I don't know.

13       Q.   You don't know?

14       A.   No.

15       Q.   So, what did you see happen?

16       A.   In which part?

17       Q.   Well, now, you have said you turned

18   around and you saw Officer Chambers was looking

19   at Steven Gomez, and they were face-to-face,

20   correct?

21       A.   Right.

22       Q.   Which direction was Steven Gomez

23   facing?  Was he facing away from the beach?

24       A.   I don't know.  I don't know.

25       Q.   You don't know what direction?
```

1     A.   I don't remember.

2     Q.   Where were you standing?

3     A.   I was standing maybe further north from

4  them, trying to separate the crowd.

5     Q.   Were you further east away from the exit

6  from the beach?

7     A.   Probably right in the middle.  I don't

8  know.

9     Q.   So, you could see both their faces or

10  you could only see the face of one of them, and

11  the back of the other?

12     A.   I would be turning around trying to back

13  up the crowd, then looking making sure that

14  nobody else is in a fight.

15     Q.   No.  I am saying when you are looking at

16  the two of them if they were facing each other,

17  unless you were right in the middle, you would

18  have seen the back of one and the face of the

19  other, correct?

20     A.   I guess.

21     Q.   So, whose face did you see and whose

22  back of the head did you see?

23     A.   I don't remember.

24     Q.   You don't remember?  Okay.  What

25  happened next?

1        A.    Then, when I saw Chambers talking to

2    Steven Gomez, it appeared that he was trying to

3    say, "Put your hands behind your back.   You are

4    under arrest."

5        Q.    Well, you couldn't hear that?

6        A.    No.   I couldn't hear it, but that's what

7    it appeared; that's what I got from it.

8        Q.    Do you read lips, by the way?

9        A.    No.

10       Q.    So, you saw something -- this is so we

11   know, this is your guess?

12       A.    What I am assuming.

13       Q.    It's speculation?

14       A.    Yes.

15       Q.    So, you saw them talking to each other.

16   You had no idea what they were actually saying?

17       A.    Right.

18       Q.    This is noisy at the beach, correct?

19       A.    Yes.

20       Q.    You couldn't hear Officer Chambers?

21       A.    No.   I couldn't hear them.

22       Q.    You don't know even if Mr. Gomez could

23   hear Officer Chambers?

24       A.    No.

25       Q.    You don't know even what Mr. Gomez was

31

1    saying?

2         A.    Correct.

3         Q.    You are making an assumption that

4    because it's a police officer he would have been

5    saying something you would expect a police

6    officer to say, is that correct?

7         A.    Right.

8         Q.    So, what happened next?

9         A.    Then I see Officer chambers grab one

10   hand and try to put it behind his back.   He

11   resists.

12         Then, he went to the ground, and then

13   that's when I got there, and I think I got the

14   upper part of his body, trying to control his

15   upper body, and Blanco I believe got the lower

16   body to control his full body.

17         Then, we tried to cuff him.   He didn't

18   let us cuff him.   He started kicking, throwing

19   his elbows.   I think he kicked Blanco, and then

20   somehow he got on all fours.

21         He got on his knees and on his hands like

22   he was going to get up.   I tried to sweep his

23   hand, it slipped because of the sand and the

24   water.   Then, he tried to get up again.   He

25   started kicking, throwing elbows; that's when I

32

1   punched him in the face.

2       Q.   Okay.  So, I want to see.  Officer

3   Chambers got him on the ground or was that you

4   and Officer Blanco, or all three of you?

5       A.   It might have been Officer Chambers and

6   Blanco.  When I got there, he was already on the

7   ground.

8       Q.   Now, you said you were trying to control

9   his upper body?

10      A.   Yes.

11      Q.   And Officer Blanco his lower body?

12      A.   Yes.

13      Q.   What was Officer Chambers doing?

14      A.   I am sure he was somewhere in the middle

15   trying to control his hands.

16      Q.   You are sure, but you don't know?

17      A.   No.  I don't know.

18      Q.   It's a guess.  You don't know if he got

19   up and just was watching this guy up?

20      A.   No.  I have no idea.

21      Q.   So, Officer Chambers never went to the

22   ground?

23      A.   Actually, I don't know.

24      Q.   You don't know?  You don't remember?

25      A.   No.

1      Q.   Now, in the offense incident report,

2   Officer Blanco wrote that he grabbed the

3   defendant's feet and redirected him to the

4   ground; is that what you basically saw, is that

5   correct?

6      A.   I didn't see that.  By the time I got

7   there, they were already on the ground.

8      Q.   Now, was Mr. Gomez who was on the

9   ground, I think you said he was trying to get up,

10   so he would have been faced down on the ground?

11      A.   Right.

12      Q.   So it's clear, now, he is faced down on

13   the ground.  There is two or three officers, you,

14   Officer Blanco and perhaps Officer Chambers on

15   top of him, correct?

16      A.   Yes.

17      Q.   So, how is he resisting at this point in

18   time?

19      A.   We're telling him -- yelling at him,

20   giving him commands to put his hands behind his

21   back.  He didn't listen.

22         He kept throwing his elbows back here

23   like that while we're in there trying to control

24   his hands and his whole body.

25         He kept throwing elbows, kicking.  Then,

34

1    I had one hand behind his back and it slipped

2    out.  I thought we were going to have him cuffed

3    right there, and it just slipped out.

4         I tried to punch him in the ribs to

5    control his hands, that didn't work.  He went to

6    get up and I punched him in the face.  He kept

7    throwing elbows and kicks, and I hit him one more

8    time in the mouth.

9         Then, that's it, that ended the fight.

10   We were able to cuff him.

11        Q.   How hard did you punch him in the ribs?

12        A.   As hard as I could.

13        Q.   How hard did you punch him in the face?

14        A.   As hard as I could.

15        Q.   That's pretty hard, correct?

16        A.   Yeah.

17        Q.   Hard enough to break his eye socket?

18        A.   Possibly.

19        Q.   How hard did you punch him in the mouth?

20        A.   As hard as I could.

21        Q.   Hard enough to break both of his teeth?

22        A.   Possibly.

23        Q.   Okay.  Did Officer Blanco also punch Mr.

24   Gomez?

25        A.   Yes.

35

1       Q.    How hard did he punch him?

2       A.    I don't know.  I can't tell you that.

3       Q.    So it's clear, Mr. Gomez didn't have a

4    weapon?

5       A.    No.

6       Q.    And he didn't pose any real physical

7    danger to you guys, correct?

8       A.    Yes, he did.

9       Q.    He was going to break one of your arms

10   or legs or snap an arm or something?

11      A.    We didn't know what he was going to do.

12   There was also a big crowd forming around us;

13   hundreds of beachgoers.

14      Q.    You said you did EMT?

15      A.    Yes, sir.

16      Q.    Did you ever see someone with a broken

17   eye socket as an EMT?

18      A.    No.

19      Q.    So you don't know how much force is

20   needed to break someone's eye socket do you, but

21   certainly if you hit someone as hard as you can

22   in the face you found out that's enough force,

23   right?

24      A.    Well, that's -- I don't know what

25   happened.

1      Q.    Did Officer Chambers hit him?

2      A.    I don't know.  I don't believe so.

3      Q.    You called Fire Rescue to the scene,

4   right?

5      A.    Yes.

6      Q.    Were you the one that called Fire

7   Rescue?

8      A.    I don't know if it was me, or the

9   sergeant.  I don't know.

10      Q.   He was bleeding pretty bad, Mr. Gomez,

11   after you finished with him, right?

12      A.    Yes.

13      Q.    And you are aware he was transported to

14   Jackson Memorial Hospital Ward D, correct?

15      A.    Yes, sir.

16      Q.    I want to go back for a minute and ask

17   you a few questions about what happened

18   immediately before the time that Mr. Gomez tried

19   to get up and you and Officer Blanco started

20   punching him in the ribs and face.

21         Mr. Gomez had been redirected to the

22   ground, correct?

23      A.    Yes.

24      Q.    He is lying face first in the sand,

25   correct?

37

1      A.   Yes.

2      Q.   And Officer Blanco was trying to control

3  his lower body?

4      A.   Yes.

5      Q.   And you were sitting on his head facing

6  Officer Blanco trying to grab his hands and

7  control his hands, correct?

8      A.   I don't know if I was sitting on his

9  head, but I was on his upper body.

10      Q.   Well, how were you facing, if he was

11  down lying flat on the ground, where would you

12  place yourself?

13      A.   Right near his head.  I don't know if it

14  was on top, or what.

15      Q.   Okay.  So, you are not sure if you were

16  sitting on Mr. Gomez's head?

17      A.   Not sure.

18      Q.   So, if a witness said that an officer

19  was sitting on Mr. Gomez's head, that witness

20  could be telling the truth; you just don't

21  remember?

22      A.   I don't remember.

23      Q.   Was Mr. Gomez's face pushed into the

24  sand?

25      A.   Yes.

1      Q.   Do you know if he was able to breathe

2   with his face pushed into the sand?

3      A.   He was able to breathe because he was

4   screaming.

5      Q.   He was screaming?

6      A.   Yes.

7      Q.   What was he screaming?

8      A.   He was saying, "Stop, stop, stop."

9      Q.   Do you recall him trying to gasp for

10   air?

11      A.   No.

12      Q.   By the way, did you use your knees on

13   Mr. Gomez's shoulders to keep him down on the

14   ground?

15      A.   I don't remember.

16      Q.   Okay.  I am going to show you something,

17   and tell me if you recognize the scene

18   [indicating].

19      A.   Can you pull up the screen up a little

20   bit?

21      Q.   Sure.  Do you recognize the scene?

22      A.   Yes.

23      Q.   Is that the scene at the beach on March

24   8th?

25      A.   Yes.

1        Q.    Do you recognize any of the vehicles or

2   people in the scene?

3        A.    I know that's the vehicle that Blanco

4   was driving.

5        Q.    There seems to be another vehicle to the

6   right there?

7        A.    Yes.  Possibly, an ATV.

8        Q.    There are several ATV's on the scene,

9   correct?

10       A.    Yes.

11       Q.    Do you see Mr. Gomez in the scene?

12       A.    No.

13       Q.    Well, you were there, right?

14       A.    Yes.

15       Q.    How long?

16       A.    I don't know if I was there at that

17   point.  I don't see it right now.

18       Q.    Can you see okay?

19       A.    Yes.

20       Q.    Let me move it up ahead a little bit.

21   Is that you -- or do you recognize who is running

22   over?  Is that you or Officer Blanco

23   [indicating]?

24       A.    It looks like me.  I am not sure.

25       Q.    Do you recognize who is there in that

40

1  picture?

2      A.   I think that's me, and I think that's

3  Blanco [indicating].

4          MR. LOEWY:  For the record, he is

5  pointing to the gentleman on the left holding the

6  hand, and in the middle was Mr. Gomez, right?

7      A.   Yes.

8      Q.   Now, where are you sitting at this

9  particular point in time?

10     A.   It looks like I am sitting on his head.

11     Q.   You are sitting on his head, correct?

12  That's when he is screaming, "Stop, stop"?

13     A.   Yes.

14     Q.   Now, you are trying to grab him; you are

15  still sitting on his head, correct?

16     A.   Correct.

17     Q.   By the way, do you see him resisting in

18  any manner in this sequence that I have played so

19  far?

20     A.   From what it looks like he was

21  resisting, but he was -- you can't see here.

22     Q.   Now, we're up to forty six seconds,

23  okay.  Now, he is getting to his knees.

24          Is that when you start punching him, at

25  that point when he is getting to his knees?

41

1      A.   Yes.

2      Q.   You felt he was resisting arrest by

3   getting to his knees?

4      A.   Definitely.

5      Q.   It was definite in your mind that he did

6   not respect your authority, in fact, you were

7   sitting on his head?

8      A.   Exactly.

9      Q.   I think that's where you believe he was

10   resisting with violence -- during the segment we

11   can't see anything happening, correct?

12      A.   Correct.

13      Q.   Up to this point have you seen anything

14   that you would feel was violent toward you other

15   than the fact he was trying to get up on his

16   knees?

17      A.   Anything violent?  No.

18      Q.   And you were -- is that when you started

19   punching him in the ribs, at this point in time,

20   when he was up on his knees?

21      A.   I believe so.

22      Q.   What about punching him in the face?

23      A.   Yes.  Right there.

24      Q.   Now, this is Officer Blanco standing, so

25   he is already cuffed by this point?

42

1      A.   Yes.

2      Q.   Now, we're at fifty nine seconds on the

3  tape and he is already cuffed and totally under

4  control?

5      A.   Yes.

6      Q.   From this point on, there is no

7  resisting?

8      A.   No.

9      Q.   So, the resistance occurred when he was

10 getting up on his knees?

11     A.   Right.

12     Q.   You are still back there with him, since

13 you placed him under arrest?

14     A.   Yes, so I wouldn't leave him alone.

15     Q.   Do you know who that girl was

16 [indicating]?

17     A.   No.

18     Q.   That's the end of that.  There is a

19 little dark pool.  Does that appear to be blood

20 from his mouth?

21     A.   I don't know.

22     Q.   By the way, did you look to see if you

23 could find the teeth you knocked out?

24     A.   No.

25     Q.   Do you know what happened to the girl

43

1    who was involved at all?

2        A.    No.

3        Q.    I wanted to ask you a question at the

4    end.  We will play this again, so you can see the

5    whole sequence.

6            Officer Blanco is holding something in

7    his hands.  What is that?  Can you recognize it

8    [indicating]?

9        A.    I don't know.

10       Q.    Is that one of those expanding batons

11   that the officers sometimes use to control crowds

12   and things?

13       A.    I don't know.  I can't tell.

14       Q.    You don't know?  Okay.  I am going to

15   start this again from the beginning so you can

16   see the whole thing, okay?

17       A.    Okay.

18       Q.    I am starting the video, again.  Now,

19   you see the gentleman in the red shorts.

20            Could you tell if that's Mr. Gomez

21   walking up the beach?

22       A.    Yes.

23       Q.    That is Mr. Gomez?

24       A.    Yes.

25       Q.    You were already at the beach?

44

1      A.   Yes.

2      Q.   So, how much earlier than that did you

3   see the fight in which Mr. Gomez was involved?

4      A.   Less than a minute.

5      Q.   Less than a minute.  You had been at the

6   beach a whole minute?

7      A.   Possibly.

8      Q.   Possibly, or were you at the beach a

9   whole minute?

10      A.   Possibly.  I don't know.

11      Q.   So, when you arrived at the beach, the

12   fight was still going.  What did you do for that

13   minute between the time that you arrived and Mr.

14   Gomez started to leave?

15      A.   I was separating the crowd making sure

16   that nobody else goes to the crowd.

17      Q.   You didn't try to break up a fight at

18   all?

19      A.   No.

20      Q.   That would be the other officers who

21   were involved with the people involved in the

22   fight?

23      A.   Correct.

24      Q.   Not you?

25      A.   No.

45

1     Q.   Do you know if any of those officers

2  were telling people to leave the beach?

3     A.   I don't know.  Not that I know of.

4     Q.   Did you read any of the other arrest

5  reports in the case?

6     A.   No.

7     Q.   You don't know then if -- is it

8  Detective Holbrook?

9     A.   Yes.

10     Q.   If Detective Holbrook was telling people

11  involved in the fight to walk away and leave the

12  beach?

13     A.   I don't know.  Not that I know of.

14     Q.   But if he had from this scene, Mr. Gomez

15  would have been listening to this, correct?

16     A.   I don't know.

17     Q.   You don't know.  You see some of the

18  officers approaching?

19          Can you recognize any of the officers in

20  the background?

21     A.   Blanco.

22     Q.   That's Blanco right here?

23     A.   Yes.

24     Q.   Near the ATV that you said belonged to

25  him?

46

1     A.   Yes.

2     Q.   There is another one on the right, was

3   that your ATV or another ATV?

4     A.   I don't know.

5     Q.   There is no sign of a fight in this

6   picture, correct?

7     A.   Correct.

8     Q.   That would have been over already by

9   now?

10    A.   Yes.

11    Q.   There is no one around, so no actual

12   violence occurring anywhere?

13    A.   Correct.

14    Q.   Is that Mr. Gomez in that picture, if

15   you can see?

16    A.   I can't see it there.

17    Q.   That's him with Officer Chambers,

18   correct?

19    A.   I don't know if it's Chambers.  I can't

20   see.

21    Q.   This is at the thirty-two second mark.

22   He would be the individual in the red trunks,

23   correct?

24    A.   Correct.

25    Q.   You see him being grabbed and sort of

47

1   like thrown, but you don't know if he went to the

2   ground, at that point?

3      A.   I don't know.

4      Q.   He sort of disappears behind people.

5   Now, that would be you approaching at the

6   thirty-five second mark?

7      A.   Right.

8      Q.   So, maybe four, five seconds had gone

9   by.  As of this point, I think you said earlier,

10  we're now at thirty-nine seconds.

11       Now, you are on his head, and, at this

12  point, there had been no violence on the part of

13  Mr. Gomez?

14     A.   Well, he was trying to move his hands

15  out of the way.  He was trying to resist.

16     Q.   Well, there is a difference between

17  using resisting and resisting with violence,

18  correct?

19     A.   Correct.

20     Q.   And I think you testified earlier that

21  at least at this point in time, he had not become

22  violent?

23     A.   Right.

24     Q.   And I think your testimony was that he

25  was screaming, "Stop, stop"?

48

1      A.   Correct.

2      Q.   Now, we see him getting to his feet at

3   the forty-eight second mark, correct?

4      A.   Yes.

5      Q.   That's when you start punching him, and

6   then, Officer Blanco is already getting up at the

7   fifty-four second mark, right?

8      A.   Yes.

9      Q.   So, that whole thing -- all of this

10   resisting now it's over as you said?

11      A.   Correct.

12      Q.   So, about nine seconds of resisting,

13   correct?

14      A.   About.

15      Q.   That was enough time for you to punch

16   out both his teeth and fracture his eye socket?

17      A.   Yeah.  You also don't know how long the

18   actual video is, it may be edited.

19      Q.   Does it appear to be edited?

20      A.   You don't know.

21      Q.   I am asking you:  Does it appear to be

22   edited?

23      A.   It appears to be, because it felt a lot

24   longer than that.

25      Q.   You are welcomed to examine it.  If you

49

1    want to play it a couple of times, you can tell

2    me if you think it's been edited.

3        A.   No, that's fine.

4        Q.   What happened after Mr. Gomez was

5    arrested?

6        A.   We took him to the police station.

7        Q.   Who is "we"?

8        A.   I didn't transport him.  I was on an

9    ATV.  I don't know who transported him.

10       Q.   Well, before he was transported, the

11   Fire Rescue was called, correct?

12       A.   Yes.  I don't know if fire Rescue

13   responded there or to the station.  I am not sure

14   about that.

15       Q.   Were you there when Fire Rescue

16   responded?

17       A.   I don't remember.

18       Q.   You don't remember?

19       A.   No.

20       Q.   Did you stay with him after you arrested

21   him?

22       A.   Not the whole time, but there was always

23   somebody watching him.

24       Q.   Officer Blanco interviewed him, correct?

25       A.   I believe so.

50

1     Q.   Were you present for that interview?

2     A.   No.

3     Q.   So, you weren't there when Officer

4   Blanco would have read him his Miranda rights?

5     A.   I don't think so, no.

6     Q.   You weren't there when he made his

7   statements to Officer Blanco?

8     A.   Not that I remember.

9     Q.   By the way, how much do you weigh?

10    A.   About one ninety.

11    Q.   So, you didn't participate in any way

12  with the interview?

13    A.   No.

14    Q.   Did you do any observations of Mr.

15  Gomez, afterwards?

16    A.   Observations like what?

17    Q.   Well, I mean, he was arrested, in

18  addition to resisting, for disorderly

19  intoxication.

20         I know he wasn't charged with that, but

21  what was the basis for your arresting for

22  disorderly intoxication?

23    A.   The fight.

24    Q.   Well, did you have any evidence that he

25  was intoxicated?

51

1       A.   Yeah, he was intoxicated.   He told me he

2   was intoxicated.

3       Q.   He told you.   When did he tell you that?

4       A.   In the station.

5       Q.   He said those exact words at the

6   station, he said, "I was intoxicated"?

7       A.   Yeah.   Well, I mean, not, "I was

8   intoxicated."

9       Q.   Well, tell me the circumstance of the

10   interview at the station, then.

11       A.   It wasn't an interview.   It was what he

12   told me after.   It wasn't nothing that I asked

13   him.

14       Q.   Tell me the circumstance.   How did that

15   come about?

16       A.   He said, you know, "I am sorry about

17   what happened.   I am a teacher.   I shouldn't have

18   been doing that.   I shouldn't have been

19   drinking."   That's it.   That's about it; not in

20   those exact words.

21       Q.   He said that to you as you were walking

22   by?

23       A.   No.   I was babysitting for a little bit

24   before he got transported to Ward D.

25       Q.   Do you know if he had been interviewed

52

```
 1    or anybody given the Miranda rights?

 2         A.   I think Blanco did, but at that point, I

 3    don't know if it was before or after.

 4         Q.   Did he make any comments to you that he

 5    knew you were a police officer or didn't know you

 6    were a police officer?

 7         A.   He said he didn't know.

 8         Q.   He said he didn't know you were a police

 9    officer?

10         A.   It might have been because he was

11    drunk.

12         Q.   Well, that's an assumption you are

13    making, correct?

14         A.   Exactly.

15         Q.   You don't know if he knew you were a

16    police officer?  You made a lot of assumptions

17    here, correct?

18         A.   Yeah.

19         Q.   Did you do any testing to see if he was

20    drunk?

21         A.   No.

22         Q.   Did you do any blood alcohol levels?

23         A.   No.

24         Q.   Did you do any Breathalizer?

25         A.   No.
```

53

1     Q.    Did you do a typical roadside test where

2  they have to touch his nose or anything like

3  that?

4     A.    No, sir.

5     Q.    So even though he made that comment to

6  you, you had no idea if he really was drunk?

7     A.    Correct.

8     Q.    Okay.  Do you know if he suffered a

9  concussion as a result of his injuries?

10    A.    I don't know.

11    Q.    Did you know that he had fractured his

12 right eye socket sending pieces of bone into his

13 sinus?

14    A.    No.

15    Q.    When you were an EMT, did you ever see

16 injuries like that?

17    A.    Not to the eye socket.

18    Q.    But to the face?

19    A.    To the face, broken nose; nothing

20 major.

21    Q.    As an experienced police officer and

22 former EMT, have you seen facial injuries?

23    A.    Yes, sir.

24    Q.    And you have seen people suffer

25 concussions?

54

1    A.   I don't know if it's like nose

2    concussion.  I don't know.

3    Q.   By the way, have you had martial arts

4    training?

5    A.   No.  Just the basic defensive tactics in

6    the academy.

7    Q.   What do they teach you?

8    A.   Basic defensive tactics; takedowns,

9    blocks, punches; kicks.

10   Q.   So, they teach you how to incapacitate

11   somebody by punching them?

12   A.   Yes.

13   Q.   Is punching them in the face part of

14   what they teach you?

15   A.   Yes.

16   Q.   They tell you if you want to

17   incapacitate someone right away, so you punch

18   them in the face and cause as much damage as

19   possible?

20   A.   I guess so.

21   Q.   That's what they teach you in the police

22   academy?

23   A.   Yeah.

24        MR. LOEWY:  Let's mark this.

25        [The document referred to was marked for

55

1    identification as Defendant's Exhibit No. 4.].

2    BY MR. LOEWY:

3       Q.    Let me show you what's been marked as

4    Defendant's Exhibit 4.

5              For the record, could you state what that

6    shows [indicating]?

7       A.    It looks like a scratch on his back.

8       Q.    Scratch or welt?  Do you know?

9       A.    I don't know.

10      Q.    Do you know how that was inflicted?

11      A.    No idea.

12      Q.    Okay.  Were you present when they took

13   the photographs at the station?

14      A.    Yes.

15            MR. LOEWY:  Let's mark this one.

16            [The document referred to was marked for

17   identification as Defendant's Exhibit No. 5.].

18   BY MR. LOEWY:

19      Q.    Is this a fairly accurate portrayal as

20   to the way Mr. Gomez's face looked after the

21   fight?

22      A.    Yes.

23      Q.    But that's cleaned up, correct?

24      A.    Yes.

25      Q.    It's bandaged from the emergency people?

56

1      A.   Yes, sir.

2      Q.   They have cleaned up the blood a bit

3  that was flowing?

4      A.   Yes, sir.

5      Q.   It looked a lot worst than that

6  afterwards, correct?

7      A.   Yes, sir.

8           [The document to be referred to was

9  marked for identification as Defendant's Exhibit

10 No. 6.].

11 BY MR. LOEWY:

12     Q.   No. 6 would be the same testimony.  This

13 is accurate?

14     A.   Yes.

15     Q.   Even to the fact that its still got sand

16 in his nose and his mouth?

17     A.   Yes.

18     Q.   They cleaned off the blood, but didn't

19 clean off the sand?

20     A.   Correct.

21     Q.   Did you, sir, have any injuries?

22     A.   I don't remember.  I don't know if I had

23 a scratch.

24     Q.   But again you said you were present when

25 the photographs were taken?

57

```
 1        A.    Yes.  If I had an injury, they would

 2    have taken a picture of me.  I don't know if I

 3    have any pictures.

 4        Q.    You were present when the photographs

 5    were taken of Mr. Gomez, correct?

 6        A.    Yes.

 7        Q.    So you would have been there to tell the

 8    photographer what was relevant and what should be

 9    taken?

10        A.    Right.

11        Q.    And you knew you knocked out at least

12    one of his teeth, correct?

13        A.    Yes, sir.

14        Q.    Did you tell the photographer to open

15    his mouth so he could see the inside?

16        A.    I think she did.

17        Q.    You think she did.  You don't know that,

18    then?

19        A.    I told her.  I don't know if she did.  I

20    am not for sure.

21        Q.    Okay.  She would have wanted to document

22    that?

23        A.    Definitely.

24              [The document to be referred to was

25    marked for identification as Defendant's Exhibit
```

58

1    No. 7.}.

2    BY MR. LOEWY:

3        Q.   You said you may have had a scratch.

4    Was that the scratch you are referring to?

5        A.   Yes, sir.

6        Q.   How did you get that scratch, if you

7    know?

8        A.   It actually looks like an old scab that

9    I had, and maybe it was ripped up during the

10   struggle.

11       Q.   Certainly, nothing -- there was no

12   weapon used against you, correct?

13       A.   No.

14       Q.   Did you need any medical attention from

15   the emergency medical people?

16       A.   No.

17       Q.   Did you report any injuries?

18       A.   Of mine, no.

19       Q.   Give me a moment to see if there is

20   anything else.

21           Let's go back to the fight that you said

22   you observed Mr. Gomez was involved in.

23           Do you remember that?

24       A.   Say it, again?

25       Q.   The fight that you said you observed Mr.

59

1    Gomez being involved in.

2        A.    Yes.

3        Q.    How far away were you from that fight

4    when you observed it?

5        A.    I believe when I saw it, I was still on

6    the ATV on the way to it.

7        Q.    How far was that?

8        A.    I don't know, maybe about one hundred

9    feet.

10       Q.    Okay.   Thirty or forty yards?

11       A.    Yeah.

12       Q.    And where was the fight taking place?

13       A.    Right there, exactly where it shows in

14   the video; more or less -- but more or less

15   twenty feet from that area.

16       Q.    Well, the video doesn't show a fight.

17   Let's see.

18       A.    Then, more or less twenty feet from that

19   area.

20             [The document to be referred to was

21   marked for identification as Defendant's Exhibit

22   No. 8.].

23   BY MR. LOEWY:

24       Q.    I am going to show you what I have

25   marked as No. 8.   It's an aerial photograph.

60

1    Let's assume this is the 8th Street, correct?

2        A.    Correct.

3        Q.    And that the square structure you see

4    would be the lifeguard stand.

5        A.    Yes.

6        Q.    Can you show us on this, roughly, by

7    marking with a pen, where the fight was taking

8    place; where you were on the ATV?

9        A.    Possibly here, I was somewhere

10   [indicating].

11       Q.    Put an "F" in the center of that for

12   fight, and where were you?

13       A.    Possibly, around this area.

14       Q.    So, you would have been at the lifeguard

15   stand when you first saw the fight?

16       A.    No.   When I first saw it, over here,

17   possibly around here [indicating].

18       Q.    Well, mark it.   Put an "x" there and the

19   other one where you have "A" is?

20       A.    The ATV.   That's where I stopped.

21       Q.    You would have walked over there and

22   seen the fight in progress?

23       A.    No.   I saw the fight on the way over

24   there.   I was coming from this area.

25       Q.    So, for the record, you drew an arrow --

61

1   the "x" is where you said you first saw the fight

2   taking place, and the "A" is where you parked

3   your ATV?

4       A.   Correct.

5       Q.   How long did this fight actually last?

6       A.   I don't know.  Maybe like three or four

7   minutes.

8       Q.   But you didn't place anybody under

9   arrest as a result of the fight, yourself?

10      A.   Myself, no.

11      Q.   Somebody else would have done that?

12      A.   Right.

13      Q.   Okay.  So, you don't know why Officer

14  Chambers was placing the defendant under arrest?

15      A.   Correct.  I was just assuming he was in

16  a fight.

17      Q.   That's something you were speculating

18  had to do with the fight?

19      A.   Yes.

20      Q.   What were you doing for these three to

21  four minutes?

22      A.   The time delay from the time he said on

23  the radio, then to the time I got there.

24      Q.   So, when you reached the "x," how much

25  longer did it take you to actually get to the

62

1   site of the fight, or get to where you have the

2   "A"?

3        A.   Less than a minute.

4        Q.   Well, that still looks like it's maybe

5   twenty yards or so.  Did it take you that long to

6   get from the "x" to the "A"?

7        A.   No.  I had to observe what was going on,

8   first.

9        Q.   How long did you actually see this fight

10  lasting before it broke up?

11       A.   I don't know.  Less than three -- two

12  minutes.

13       Q.   Was anybody else arrested as a result of

14  this fight, if you know?

15       A.   Not that I know of.

16       Q.   Okay.

17            MR. LOEWY:  Let's go off the record for

18  a second.

19            [Thereupon, Mr. Loewy and Mr. Ostrow

20  exited the deposition room, and after returning

21  the following was had]:

22  BY MR. LOEWY:

23       Q.   I think I have a few more questions

24  about that initial fight you said you saw.

25            You don't remember -- how many people

63

```
1    were fighting with Mr. Gomez, when you saw the

2    fight?  One, two?

3         A.   I don't know.  At least one with him.

4         Q.   How was that person dressed?

5         A.   I don't know.

6         Q.   What did that person look like?

7         A.   I don't know.

8         Q.   Was the person wearing a hat?

9         A.   I don't know.

10        Q.   Did the person have a weapon?

11        A.   I don't know.

12        Q.   Do you know if Mr. Gomez was struck by

13   that person?

14        A.   I don't know.

15        Q.   Did you see Mr. Gomez strike him --

16   actually strike him?

17        A.   I don't know if he actually struck him.

18        Q.   Did you hear anything?

19        A.   No.

20        Q.   Sergeant Ruder was the one who put in

21   the call, correct?

22        A.   Yes, sir.

23        Q.   Did you talk to him about what happened?

24        A.   No.

25        Q.   You just saw a fight.  You don't know if
```

64

1   Mr. Gomez was defending himself, or was the

2   aggressor?

3      A.  I don't know.

4      Q.  You don't know at all?

5      A.  The lifeguard said and other beachgoers

6   pointed him out as the instigator.

7      Q.  To you, or to somebody else?

8      A.  To a lot of other officers, too.

9      Q.  Well, did they point it out to you?

10     A.  Yeah.

11     Q.  Did you get the names of any of these

12  people?

13     A.  No.

14     Q.  What exactly did they say?  He was the

15  instigator, or he was involved, or "That's the

16  guy"?

17     A.  They said, "That's the guy.  That's the

18  guy that was fighting."

19     Q.  Again, now, when you say the instigator

20  that's again an assumption you are making,

21  correct?

22     A.  Correct.

23     Q.  You don't know for sure?

24     A.  I don't know for sure.

25     Q.  In fact, you don't even know if they

65

1    were pointing him out as the instigator or just

2    someone who was involved in the fight?

3        A.   Correct.

4        Q.   Let me just go through, I think I

5    covered everything, unless you have something

6    else?

7             Was Miami Beach the only department you

8    applied to, by the way?

9        A.   Yes.

10       Q.   By the way, just so it's clear, the

11   arrest form which you signed, correct?

12       A.   Yes.

13       Q.   That's under oath?

14       A.   Yes.

15       Q.   That's the form that you fill out that

16   creates probable cause to arrest someone to hold

17   him in jail, correct?

18       A.   Correct.

19       Q.   So, it's very important you get it

20   accurate?

21       A.   Correct.

22       Q.   And you wouldn't want to leave out

23   anything that's important, right?

24       A.   Correct.

25       Q.   Okay.  At what point did you tell Mr.

66

1    Gomez he was under arrest, or did somebody else

2    tell him he was under arrest?

3        A.   I believe that was Chambers that did

4    it.

5        Q.   So, you weren't there -- is that when

6    Chambers first approached him?

7        A.   Yes.

8        Q.   So, you don't even know what Chambers

9    said to him, if he said, "You are under arrest"

10   or not?

11       A.   No.

12       Q.   You don't even know if he was under

13   arrest?

14       A.   No.

15       Q.   Until you formally placed him under

16   arrest with the form, correct?

17       A.   Correct.

18       Q.   Have you worked with Officer Blanco,

19   before?

20       A.   No.

21       Q.   How about Officer Chambers?

22       A.   No, sir.

23       Q.   Officer Ruder?

24       A.   No, sir.

25       Q.   Did you suffer any injuries to your

67

1    hands as a result of punching him?

2         A.    No, sir.

3         Q.    Do you recall, after Mr. Gomez was

4    placed under arrest, that some girls came up to

5    you or some of the other officers to tell you

6    that he was diabetic, and that they were holding

7    his insulin shot?

8         A.    No.

9         Q.    You don't remember that at all?

10        A.    That did not happen.

11        Q.    Did not happen?

12        A.    No.  I don't remember that.

13        Q.    Were you with him the whole time?

14        A.    Yes.

15        Q.    Was any comment ever made to you, by

16   anybody else, that anybody at the scene said he

17   was diabetic?

18        A.    No.

19             MR. LOEWY:  Anything else?

20             MR. OSTROW:  No.

21             MR. LOEWY:  I think we're done.  Do you

22   want to read or waive?

23             THE WITNESS:  Waive.

24             [Whereupon, the witness waived the

25   reading and signing of the deposition and the

68

```
 1    taking of the deposition was concluded at 5:25

 2    p.m.}

 3                    CERTIFICATE OF OATH

 4

 5    STATE OF FLORIDA        )

 6    COUNTY OF MIAMI-DADE    )

 7

 8        I, the undersigned authority, certify that

 9    OFFICER ANDY LOZANO personally appeared before me

10    and was duly sworn.

11        WITNESS my hand and official seal this 2nd

12    day of June, 2009.

13

14
                      ---------------------------
15                    MARIA CASAS
                      Notary Public - State of Florida
16                    My Commission No. DD814975
                      Expires:  August 14, 2012
17

18

19

20

21

22

23

24

25
```

```
 1              REPORTER'S DEPOSITION CERTIFICATE

 2

 3   STATE OF FLORIDA

 4   COUNTY OF MIAMI-DADE

 5

 6        I, MARIA CASAS, Court Reporter, certify that

 7   I was authorized to and did stenographically

 8   report the deposition of OFFICER ANDY LOZANO;

 9   that a review of the transcript was not

10   requested; and that the transcript is a true and

11   complete record of my stenographic notes.

12        I further certify that I am not a relative,

13   employee, attorney or counsel of any of the

14   parties, nor am I financially interested in the

15   action.

16        DATED this 2nd day of JUNE, 2009.

17

18                    _____

19                    MARIA CASAS, Court Reporter

20

21

22

23

24

25
```

Page
Date
Attorney

EXHIBIT

2

Ma 8-25-10

© 1984 JULIUS BLUMBERG, INC., NYC 10013